IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:18CV422 |
| v. | ) ) | |
| DOUG PETERSON, Attorney General of the State of Nebraska, in his official capacity, and JOHN A. BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's motion to file under seal (filing no. 20) is granted, with the understanding that counsel for Plaintiff must provide to counsel for Defendants a copy of the affidavit attached to the index. Plaintiff's motion to restrict (filing no. 23) is granted.

DATED this 9th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge