IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>vs.<br><br>DOUG PETERSON, Attorney General of the State of Nebraska, in his official capacity; and JOHN A. BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity;<br><br>   Defendants. | **8:18CV422**<br><br>**ORDER** |
| JOHN DOE I, JOHN DOE II, JOHN DOE III, JOHN DOE IV, and JOHN DOE V,<br><br>   Plaintiffs,<br><br>vs.<br><br>DOUG PETERSON, Attorney General of the State of Nebraska in his official capacity; and JOHN BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity;<br><br>   Defendants. | **8:18CV507** |

  During today's conference with counsel for the parties, the court was notified that legislative changes which may have mooted the above-captioned lawsuits were proposed but did not pass during Nebraska's 2019 legislative session. The parties believe the above-captioned lawsuits should progress to a

final ruling by the court. Subject to any unforeseen amendments to the Plaintiffs' complaint, the parties further agree final disposition of the above-captioned cases can be made on stipulated or undisputed facts.

Accordingly, after conferring with counsel and with their agreement,

IT IS ORDERED that as to both the above-captioned cases:

1) The deadline for moving to amend the complaint is July 12, 2019.

2) The deadline for completing any necessary discovery, if any, is September 9, 2019.

3) The parties' respective motions for summary judgment shall be filed based on stipulated facts, with the motions, briefing and stipulated facts filed on or before October 7, 2019; responses filed on or before October 28, 2019; and any reply filed on or before November 4, 2019.

4) If either party requests a hearing on the motions, that hearing request shall be made on or before October 28, 2019.

June 21, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge