IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | 8:18CV422 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DOUG PETERSON, Attorney General of the State of Nebraska, in his official capacity; and JOHN A. BOLDUC, Superintendent of Law Enforcement and Public Safety for the Nebraska State Patrol, in his official capacity, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (Filing 41) and Fed.R.Civ.P. 41(a),

JUDGMENT IS ENTERED providing that this action, including all claims and counterclaims stated herein against all parties, is dismissed without prejudice, with each party to bear its own attorney's fees and costs.

DATED this 14th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge